Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                                    CASE NO:  23-32171-SGJ-13
PAUL JOSEPH & REBEKAH LEANNE SPECIALE
          DEBTORS

### NOTICE OF CONTINUED HEARING ON CONFIRMATION

A hearing has previously been scheduled in the above referenced matter .  At the pre-hearing conference, all parties

present agreed to the continuance of the hearing .  Notice is hereby given that the hearing will be continued to the following

date:

**April 11, 2024**

due to the following reason:

Per Agreement of the Parties .

A Pre-Hearing Conference will be held on 04/11/2024 .  Due to the Covid pandemic Debtor's Counsel must initiate the
pre-hearing conference by contacting the Trustee or his staff attorney no later than 4:00 p .m. on 04/10/2024.  Any objections
not resolved or defaulted at the pre-hearing conference will be heard on **4/11/2024   8:30:00AM**  by the Court by Webex
Video Conference beginning at 2:00 P .M..

You may access the Webex Hearings at the following:
**Judge Jernigan - https://us-courts.webex.com/meet/jerniga**
**Access Webex Instructions at https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jernigans-hearing-dates.**

All parties present at the previous hearing were notified of the foregoing date and times .  No further notice is necessary.

Respectfully submitted,

Attorney for Debtors:                                        /s/ Thomas D. Powers
ALLMAND LAW FIRM PLLC                           Thomas D. Powers
                                                                       State Bar No. 16218700
                                                                       105 Decker Ct
                                                                       Suite 1150 11th Floor
                                                                       Irving, TX  75062
                                                                       (214) 855-9200